Rachel E. Kaufman, CA Bar No. 259353
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LIPP JR., individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CREST MORTGAGE, INC., an Arizona corporation,<br><br>*Defendant*. | Case No. 22CV582-L-AHG<br><br><br>**NOTICE OF SETTLEMENT** |

  Plaintiff Richard Lipp Jr. hereby notifies the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a Notice of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 60 days. Accordingly, Plaintiff respectfully requests that all current deadlines and hearings be suspended pending the filing of the Notice of Dismissal.

DATED this 16th day of June, 2022. Respectfully submitted,

            By: /s/ *Rachel E. Kaufman*
            Rachel E. Kaufman, CA Bar No. 259353
            rachel@kaufmanpa.com
            KAUFMAN P.A.
            237 South Dixie Highway, Floor 4

Coral Gables, FL 33133
Telephone: (305) 469-5881

*Attorney for Plaintiff and the putative Class*