Rachel E. Kaufman, CA Bar No. 259353
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LIPP JR., individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>CREST MORTGAGE, INC., an Arizona corporation,<br><br>*Defendant.* | Case No. 22CV582-L-AHG<br><br>**NOTICE OF DISMISSAL** |

Plaintiff Richard Lipp Jr. hereby provides notice of the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

DATED this 19th day of August, 2022.      Respectfully submitted,

By: /s/ *Rachel E. Kaufman*
Rachel E. Kaufman, CA Bar No. 259353
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133

Telephone: (305) 469-5881

*Attorney for Plaintiff and the putative Class*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 19, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/Rachel E. Kaufman*
Rachel E. Kaufman